IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Meritha Bell; Yolanda Young, ) | |
| ) | C/A No. 3:19-cv-01160-MGL-PJG |
| Plaintiff, ) | |
| ) | **ORDER OF DISMISSAL** |
| vs. ) | |
| ) | |
| Alton Romey; Lutheran Homes of ) | |
| South Carolina, Inc. *also known as,* ) | |
| *The Heritage at Lowman*; Leon Lott, ) | |
| *in his capacity as Sheriff of the* ) | |
| *Richland County Sheriff's Department*; ) | |
| Michael Laurita, *in his individual capacity*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

      The Court having been advised by counsel for the parties that the above action has been settled as to defendants Leon Lott and Michael Laurita.

      IT IS ORDERED that this action is hereby dismissed without costs and without prejudice as to defendants Leon Lott and Michael Laurita.  If settlement is not consummated within sixty (60) days, either party may petition the Court to reopen this action and restore it to the calendar.  Rule 60(b)(6), F.R.Civ.P.  In the alternative, to the extent permitted by law, either party may within sixty (60) days petition the Court to enforce the settlement.  Fairfax Countywide Citizens v. Fairfax County, 571 F.2d 1299 (4th Cir. 1978).  By agreement of the parties, the court retains jurisdiction to enforce the settlement agreement.  Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375, 381-82 (1994).

The dismissal hereunder shall be <u>with prejudice</u> if no action is taken under either alternative within sixty (60) days from the filing date of this order.

IT IS SO ORDERED.

s/Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
August 31, 2020